UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston

FILED
MAR 2 9 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATE OF AMERICA,
    Plaintiff,

v

$27,671.50, more or less,
a financial instrument,
    Defendant.
Katherine Anne Hoover MD and
John F. Tomasic,
No pending federal charges.

Civil Action No. 2:11-cv-0101
Judge Copenhaver

MOTION TO REQUEST THAT JUDGE COPENHAVER RULE
ON A PERJURY CHARGE AGAINST:
MR. JAMES LAFFERTY AND MS. BETTY PULLIN

    NOW COMES Katherine Anne Hoover MD, pro se, and requests that perjury charges be filed against Mr. James Lafferty and Ms. Betty Pullin pursuant to 28 U.S.C. S 1746.

    First the Court and the Federal government have no jurisdiction over the practice of medicine and the search and seizure warrants should never have been issued by Magistrate Judge Mary Stanley. Title 21 801(a)(3)(C) separates the practice of medicine from law enforcement. Police officers, attorneys and judges are not able to judge the practice of medicine. The search and seizure warrant issued against WesBanco Account xxxx3002 was obtained without subject matter jurisdiction and based upon a false affidavit. A Motion to reconsider the final Order in Magistrate Case No. 2:10-mj 0029 has not received a response, so this in rem action is moot.

    The money that was in WesBanco Account xxxx3002 was from two deposits: $5,000.00 deposited in 2001 and $22,000.00 deposited on March 12, 2004. The remaining money was interest on these two deposits. The deposit in 2001 was prior to Dr. Hoover's contracting to provide medical services in Williamson, West Virginia. The $22,000.00 deposited on March 12, 2004 was a gift to Dr. Hoover from her parents which is demonstrated by the attached bank statement from the

trust account belonging to Dr. Hoover's parents: Margaret and Herbert Hoover. Exhibit B is a letter from Dr. Hoover's mother. The records from WesBanco were in the possession of the United States Attorney's office and/or the FBI for over one year. These records were returned to Dr. Hoover's son on March 7, 2011. Ms. Pullin makes multiple assertions that she knows to be false. The particular assertion regarding this account is in paragraph 14 "...Inasmuch as Hoover's primary if not sole source of income since at least 2004 was from her employment as a staff physician with the clinic..." is false. The bank records clearly demonstrate the deposits. The bank records from Fidelity Investments confirm the source of the $22,000.00 deposit.

WHEREFORE, Katherine A. Hoover requests that this in rem action be dismissed with prejudice and that the Court discipline Mr. Lafferty and Ms. Pullin to the full extent of the law. Further, Dr. Hoover requests that the Court awards costs and damages to them in addition to returning her money.

Respectfully submitted,

*Katherine A. Hoover*
Katherine A. Hoover

## CERTIFICATE OF SERVICE

I, Katherine A. Hoover, hereby certify that a true and correct copy of the foregoing MOTION TO HAVE JUDGE COPENHAVER RULE ON A PERJURY CHARGE AGAINST MR. JAMES LAFFERTY AND MS. BETTY PULLIN is sent by Fed-ex to the United States Attorney's office for the Southern District of West Virginia 300 Virginia Street, East, Charleston, West Virginia 25301 on March 28, 2011.

*Katherine A. Hoover MD*
Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, Bahamas

## VERIFICATION

I, Katherine A. Hoover, declare under penalty of perjury as provided in 28 USC S 1746 that the foregoing Motion is true and correct to the best of my knowledge, except where it is stated that it is upon information and belief, in which case, I believe it to be true.

Executed on 28th March, 2011

*[signature: Katherine A. Hoover]*

Katherine A. Hoover
c/o Dr. Norman Gay
West Bay Street
Nassau, N.P., Bahamas
242-525-4018

OATH:

The facts written above and in attached documents are known by me to be true or are believed to be true.

*[signature: Katherine A. Hoover MD]*

Katherine A. Hoover MD

Subscribed and sworn before me this 28th day of March, 2011.

*[signature: Tanya]*

Notary: Tanya L. Kemp J.P.

**TANYA L. KEMP-SAWYER**
Justice of the Peace
New Providence, The Bahamas
Tel: 328-5568 Fax: 322-4768

Exhibit A

# Fidelity Investments

## Private Access

### Investment Report

March 1, 2004 - March 31, 2004

**Fidelity Account℠ X13-085804**   HERBERT D HOOVER LIV TR U/A 03/27/97 HERBERT D HOOVER AND MARGARET A HOOVER TRUSTEES

#### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 3/01 | FIRSTENERGY CORP | Dividend received | | | $358.50 |
| 3/01 | FORD MTR CO DEL COM | Dividend received | | | 195.70 |
| 3/10 | CHEVRONTEXACO CORP | Dividend received | | | 462.82 |
| 3/10 | EXXON MOBIL CORP | Dividend received | | | 1,000.00 |
| 3/15 | C S X CORP | Dividend received | | | 199.40 |
| 3/16 | DUKE ENERGY CORP. FORMERLY DUKE POWER CO. | Dividend received | | | 811.80 |
| 3/31 | DIRECTED DIVIDEND FROM 2BT-267376 FMHTX | Directed dividend | | | 1,463.84 |
| 3/31 | FIDELITY MI MUNI MONEY MARKET | Dividend received | | | 76.51 |

#### Cash Management Activity

**Checking Activity (1)**

| Check # | Date | Code | Amount |
|---|---|---|---|
| 1053 | 3/15 | | -$22,000.00 |
| | | Total | -$22,000.00 |

**Daily Additions and Subtractions**  *Fidelity MI Muni Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Check # | Date | Code | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 3/01 | | | | $554.20 | $204,248.73 | | | |
| 3/10 | | | | 1,462.82 | 205,711.55 | | | |
| 3/15 | | | | -21,800.60 | 183,910.95 | | | |
| 3/16 | | | | 811.80 | 184,722.75 | | | |
| 3/31 | | | | | | 3/31 | 1,540.35 | 186,263.10 |

March 14, 2011

P.O. Box 194

Milford MI 48381

To Whom it may Concern:

Enclosed is our Fidelity account statement for March 1-31, 2004, showing that our check #1053 in the amount of $22,000 and made out to our daughter, Katherine Hoover, on 3/12/04. This represents gifts from each of us to her of $11,000 — the maximum allowed at that time.

Sincerely yours,

Margaret A. Hoover HEE
Herbert D Hoover Lg Trst

# FedEx Express — Expanded Service International Air Waybill

Origin Copy

Not all services and options are available to all destinations.

**1 From**

Date: 3/28/11
Sender's FedEx Account Number: 242-
Sender's Name: Katherine Hoov[er]
Phone: 525-4018
Company: c/o Dr. Norman Gay
Address: N-3222 WestBay Med. Clinic
Address: West Bay St
City: Nassau
State/Province: N.P.
Country: Bahamas
ZIP/Postal Code:

**2 To**

Recipient's Name: Teresa Deppner
Phone: 304-347-3000
Company: Clerk of Court
Address: US District Court SDWV
Address: 300 Virginia St St. 2400
City: Charleston
State/Province: WV
Country: USA
ZIP/Postal Code: 25301

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages: 1
Total Weight: 0.5 lbs
Commodity Description: Doc

**4a Express Package Service** — Packages up to 150 lbs./68 kg
- [✓] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**4b Express Freight Service** — Packages over 150 lbs./68 kg
- [ ] FedEx Intl. Priority Freight
- [ ] FedEx Intl. Economy Freight

**5 Packaging**
- [✓] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box

**6a Special Handling**
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery
- Does this shipment contain dangerous goods? [✓] No
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**6b Broker Selection**
- [ ] Intl. Broker Select

**7a Payment** Bill transportation charges to:
- [✓] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check/Cheque

Total: $32.00

**7b Payment** Bill duties and taxes to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Cash/Check/Cheque

**8 Your Internal Billing Reference**

**9 Required Signature**