

GOVERNMENT EXHIBIT A

Location No. NUTTER FORT   Account No. 330-023002

Account Title

KATHERINE A HOOVER OR
JOHN F TOMASIC

# WesBanco Bank

Phone No. _____

## WESBANCO SAVINGS ACCOUNT

AUTHORIZED SIGNATURES ON ACCOUNT

RT 2 BOX 203        X *Katherine A. Hoover*

LOST CREEK WV 26385

X

### YOU ARE CORDIALLY INVITED TO AVAIL YOURSELVES OF OUR MANY SERVICES—

- Automobile Loans
- Certificates of Deposit
- Checking Accounts
- Christmas Clubs
- Commercial Loans
- Consumer Loans
- Data Processing
- Discount Brokerage

- Individual Retirement Accounts (IRA)
- Mortgage Loans
- Night Depository Service
- Real Estate
- Safe Deposit Boxes
- Travel Services
- Trust Department
- MAC

Member Federal Deposit Insurance Corporation

FDIC — Each depositor insured to $100,000

**WesBanco Bank**

Form #G14002575 Rev. 5/94

HOOVER-07-000061

Location No. NUTTER FORT   Account No. 330-023002

Account Title: KATHERINE A HOOVER OR

| DATE | INTEREST OR INITIALS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 9/29/94 | pw | | 1312.55 | 1312.55 |
| 9/29/94 | pw | | 230.16 | 1542.71 |
| 9-30-94 | .21 | | | 1542.92 pw |
| 10-12-94 | | | 500.00 | 2042.92 pw |
| 10-21-94 | Bm | | 1953.79 | 3996.71 |
| NOV 04 1994 | Bm | | 400.00 | 4396.71 |
| NOV 07 1994 | Lm | | 200.00 | 4596.71 |
| 12-30-94 | | | 1976.62 | 6573.33 |
| 12-31-94 | 26.88 | | | 6600.21 |
| 1-9-95 | | | 500.00 | 7100.21 |
| 1-18-95 | A.h. | | 802.58 | 7902.79 |
| 2-6-95 | LM | | 1600.00 | 9502.79 |
| 2-17-95 | QA | | 1500.00 | 11,002.79 |
| | | | 1200.00 | 12,207.79 |
| 3/6/95 | Jm | | 1200.00 | 12,207.79 |
| 3/17/95 | JH | | 600.00 | 12,807.79 |
| 4/3/95 | JH | | 1000.00 | 13,807.79 |
| 3-31-95 | 68.60 | | | 13,876.39 |
| 4-14-95 | | | 2120.38 | 15,996.77 |

wesBanco Bank          Form #G14002575 Rev. 5/94

HOOVER-07-000062

Location No: NUTTER FORT  Account No. 330-023002

Account Title: KATHERINE A HOOVER OR

| DATE | INTEREST OR INITIALS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 4-24-95 | AW | 396.77 | | 15,600.00 |
| 5-9-95 | DS | 500— | | 15,100.00 |
| 5-16-95 | ~ | | 500— | 15,600.00 |
| 5-18-95 | PR | 1000.00 | 1,000.00 | 16,600.00 |
| 6/12/95 | JN | | 1200.00 | 17,800.00 |
| 6-16-95 | ~ | | 1341.78 | 19,141.78 |
| 6/26/95 | JN | 1000.00 | | 19,141.78 |
| 6/26/95 | JN | | 1425.55 | 20,567.33 |
| JUL 03 1995 | TC | 1300.00 | | 19,267.33 |
| 6-30-95 | | | 102.04 | 19,369.37 |
| 7-11-95 | | | 1000.00 | 20,369.37 |
| 7-18-95 | ~ | 2500.00 | | 17,869.37 |
| 7-25-95 | DS | 9000.00 | | 869.37 |
| 8-2-95 | JN | | 2000.00 | 10,869.37 |
| 8/17/95 | JN | 1500.00 | | 9369.37 |
| AUG 25 1995 | SW | 400.00 | | 8969.37 |
| AUG 31 1995 | Bm | | 1300.00 | 10,269.37 |
| SEP 06 1995 | mm | | 1300.00 | 11,569.37 |
| SEP 11 1995 | TC | 1000— | 100 | 10,569.37 |

WesBanco Bank    Form #G14002575 Rev. 5/94

HOOVER-07-000063

Location No. NUTTER FORT   Account No. 330-023002

Account Title: KATHERINE A HOOVER OR

| DATE | INTEREST OR INITIALS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 9-21-95 | AO | 500.00 | | 10,069.37 |
| 1-2-95 | | 8,000.00 | | 2069.37 |
| 9-30-95 | 78.80 | | | 2148.17 |
| 12-31-95 | 63.95 | | | 2212.12 |
| 2-20-96 | SM | | | 5,999.62 |
| 3-3-96 | PP 24.38 | | | 6024.00 |
| 4-8-96 | | 450.00 | | 6474.00 |
| 4-19-96 | SEA | | 2100.00 | 8574.00 |
| 6-30-96 | nk 40.37 | | | 8614.37 |
| 7-8-96 | nk | | 2300- | 10,914.37 |
| 8-1-96 | Jce | 500- | | 10414.37 |
| 8-19-96 | SM | | 10,000- | 20,414.37 |
| 9-11-96 | JL | 400 | | 20,014.37 |
| 9/20/96 | BK | 14500.00 | | 5,514.37 |
| 9/30/96 | 77.62 | | | 5591.99 |
| 11-4-96 | JB | | 1,741.48 | 7333.47 |
| 11-14-96 | nk | | 270- | 7603.47 |
| 11-20-96 | JB | | 100.- | 7703.47 |
| 11-25-96 | nk | | 250- | 7953.47 |

WesBanco Bank   Form #G14002575 Rev. 5/94

HOOVER-07-000064

| Location No. | NUTTER FORT | | Account No. | 330-023002 |
|---|---|---|---|---|

Account Title: KATHERINE A HOOVER OR

| DATE | INTEREST OR INITIALS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 12-6-96 | gas | | 300.00 | 8283.47 |
| 12/23/96 | SK | | 500— | 8783.47 |
| 12-31-96 | CC | | 2500.— | 11283.47 |
| 12-31-96 | 42.52 | | | 11325.99 |
| JAN 15 1997 | BL | 2000.00 | | 9325.99 |
| 2-7-97 | SK | 800— | | 8525.99 |
| 2-11-97 | CP | 1000.00 | | 7525.99 |
| 2-19-97 | CC | | 18,000.— | 25525.99 |
| 2-28-97 | KC | 2,500.00 | | 23025.99 |
| 3/31/97 | 91.59 | | | 23117.58 |
| 4/8/97 | | 3,000.00 | | 20,117.58 |
| 4/28/97 | JH- | | 15,000— | 35,117.58 |
| 5-30-97 | KK | 5000— | | 30117.58 |
| 6-20-97 | CS | 5500.00 | | 24,617.58 |
| 7-24-97 | CS | 500.00 | | 24,117.58 |
| 7-24-97 | | 1500.00 | | 22,617.58 |
| 6-30-97 | 168.41 | | | 22,785.99 |
| 8-4-97 | | 500.00 | | 22,285.99 |
| 8-14-97 | JH | 500.00 | | 21,785.98 |

WesBanco Bank

Form #G14002575 Rev. 5/94

HOOVER-07-000065

Location No. NUTTER FORT   Account No. 330-023002

Account Title: KATHERINE A HOOVER OR

| DATE | INTEREST OR INITIALS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 8-11-97 | | 2130.99 | | 19,655.00 |
| 7-31-97 | | 155.00 | | 19,500.00 |
| 8-19-97 | KP | 8000.00 | | 11,500.00 |
| 9-30-97 | DE | | 3780.00 | 15,280.00 |
| 1-2-97 9/99 | 186.98 92.58 | | 15,000.00 | 30,474.56 |
| 1-12-98 | BK | 4400.00 | | 26,079.56 |
| 2-6-98 | TH | | 500.00 | 26579.56 |
| MAR 27 1998 | | 4500.00 | | 22079.56 |
| 3-31-98 | | | 152.72 | 22,232.28 |
| 4-22-98 | HB | 500.00 | | 21,732.28 |
| 4-29-98 | HB | 250.00 | | 21,482.28 |
| 5-6-98 | CP | 5,200.00 | | 16,282.28 |
| JUN 05 1998 | JHS | 3,200.00 | | 13,082.28 |
| 6/25/98 | JH | 200.00 | | 12,882.28 |
| 6/30/98 | SH | 6000.00 | | 6882.28 |
| 6/30/98 | TH | 104.99 | Interest | 6987.27 |
| 8-28-98 | | 200.00 | | 6787.27 |
| 9-4-98 | TH | 5000.00 | | 1787.27 |
| 9-16-98 | MH | 150.00 | | 1637.27 |

**WesBanco Bank**

Form #G14002575 Rev. 5/94

HOOVER-07-000066







HOOVER-07-000067

**CUSTOMER RECEIPT**

SVCD 0072 272 00061 12/18/01 09:31 AM
Savings 2330023002
Deposit Amount $1,627.41

WesBanco
Grab hold of a
Rising Rate CD

---

The Bank of WesBanco

COMBS #7452

SVCD 0074 452 00057 7/27/00 12:40 PM
Savings 2330023002
Deposit Amount $8,000.00

**CUSTOMER RECEIPT**

Rev. 11/99 GB1000003

HOOVER-07-000068

Location No. _____     Account No. 2330-023002

Account Title

# WesBanco Bank

Phone No. _____

## WESBANCO SAVINGS ACCOUNT

AUTHORIZED SIGNATURES ON ACCOUNT

*Katherine A. Hoover*

---

**YOU ARE CORDIALLY INVITED TO AVAIL YOURSELVES OF
OUR MANY SERVICES—**

| | |
|---|---|
| **Automobile Loans** | **Individual Retirement Accounts (IRA)** |
| **Certificates of Deposit** | **Mortgage Loans** |
| **Checking Accounts** | **Night Depository Service** |
| **Christmas Clubs** | **Real Estate** |
| **Commercial Loans** | **Safe Deposit Boxes** |
| **Consumer Loans** | **Travel Services** |
| **Data Processing** | **Trust Department** |
| **Discount Brokerage** | MAC |

Member Federal Deposit Insurance Corporation

**FDIC** — Each depositor insured to $100,000 — FEDERAL DEPOSIT INSURANCE CORPORATION

# WesBanco Bank

Form #G14002576 Rev. 5/94

HOOVER-07-000069

Location No. _____   Account No. 5330-023002

Account Title

| DATE | INTEREST OR INITIALS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 9-16-98 | MH | | | 1637.27 |
| 10-5-98 | MH | | 12,000.00 | 13,637.27 |
| 10-20 | KF | | | 13,670.12 |
| 10-20 | KF | 3000.00 | | 10,670.12 |
| 11-27 | KF | 1000.00 | | 9,170.12 |
| 12-7-98 | DS | 2,400.00 | | 6,770.12 |
| 12-18-98 | MH | 1500.00 | | 5,270.12 |
| 12-31-98 | 46.05 | | | 5,316.17 |
| 1-4-99 | MH | 700.00 | | 4616.17 |
| 1-27-99 | JBP | 300.- | | 4316.17 |
| 3-4-99 | CP | 1000.00 | | 3316.17 |
| 9-30-99 | DR | | 6,000.00 | 9,316.17 |
| 9-30-99 | KF | | 16.82 | 9,332.99 |
| 10-7-99 | KF | 2000.00 | | 7,332.99 |
| 1-7-00 | DE | Bal to date | | 7,406.37 |
| 1-7-00 | DF | 2,500.00 | | 4,906.37 |
| 3-31-00 | KH | | 19,500.00 | 24,406.37 |
| 6-20-00 | PL | 20,000.00 | | 4,432.52 |
| 6-20-00 | BL | 500.00 | | 3932.52 |

WesBanco Bank    Form #G14002575 Rev. 5/94

HOOVER-07-000070

Location No. _____   Account No. 2330-023002

Account Title

| DATE | INTEREST OR INITIALS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 7-27-00 | TC | | 8000.00 | 11932.52 |
| 7-1-00 | 108.84 | | | 12,041.36 |
| 1-17-01 | MJL | 6700— | | 5341.36 |
| 1-2-01 | MJ 61.14 | | | 5402.50 |
| 10-1-00 | MJ 49.36 | | | 5451.86 |
| 4-1-01 | 31.46 | | | 5483.32 |
| 7-1-01 | 27.07 | | | 5510.39 |
| 8-31-01 | KP | | 3000.00 | 8510.39 |
| 12/18/01 | Q | | 1627.41 | 9170.39 |
| | | Withdrawal form not paid | | |
| 10/16/01 | CLY | 1000.00 | | 9170.39 |
| 12/24/01 | | 4000.00 | | 5170.39 |

**WesBanco Bank**

Form #G14002575 Rev. 5/94

HOOVER-07-000071