UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston

FILED
MAY 20 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,
    Plaintiff,
v

Civil Action No. 2:11cv-0101
Judge John T. Copenhaver

$27,671.50 more or less
in United States currency,
originally a financial instrument,
    Defendant.
(Katherine A. Hoover MD and
John F. Tomasic, interested parties.)

## MOTION FOR SUMMARY JUDGMENT

NOW COME, John F. Tomasic and Katherine A. Hoover MD, husband and wife, pro se, to request that the Court ORDER the return of $27,671.50 plus $10,000.00 in interest and costs because the United States of America through its counsel, AUSA Betty Pullin, has agreed that the WesBanco savings account ending in 3002 belongs to the interested parties. The interested parties are willing to set aside the issues of subject matter jurisdiction and immunity in this action. The interested parties are willing to refer the matter of the timing of AUSA Pullin's knowledge about this account back to the West Virginia Bar for further proceedings. Exhibit A demonstrates that AUSA Pullin had financial records from 2004, 2005, 2006, 2008 and 2009.

    The NDWV had returned $5,000.00 from Dr. Hoover's inheritance from her uncle, William Hoover without a Court Order. On April 8, 2011, AUSA Pullin filed <u>UNITED STATES MOTION TO DISMISS COMPLAINT</u> were she stated: "the United States respectfully moves the court for an order dismissing this forfeiture action and directing the United States Marshals Service to return the seized currency." Despite a letter (Exhibit B) sent to AUSA Pullin on May 1, 2011, our money has not been returned.

    WHEREFORE the interested parties request that this in rem action be dismissed and their money returned with interest and costs of $10,000.00. The Court may refer the matter regarding AUSA Pullin to the West Virginia Bar and withhold judgment on immunity and subject matter jurisdiction since those issues are moot.

Respectfully submitted,

*John F. Tomasic*
John F. Tomasic

*Katherine A. Hoover MD*
Katherine A. Hoover MD

## CERTIFICATE OF SERVICE

I, Katherine A. Hoover, do hereby certify that a true and correct copy of the foregoing MOTION FOR SUMMARY JUDGMENT has been sent to AUSA Betty Pullin by fax to 304-347-5104 on May 19, 2011.

*Katherine A. Hoover MD*
Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas

# Inventory

| ID | Description |
|---|---|
| S2-E-001 | WesRanco Savings Account Book and Statement |
| S2-I-007 | Compaq Presario SR5010NX and Logitech thumbdrive |
| S2-J-003 | Compaq Presario Desktop S5200NX |
| S2-O-004 | Various bank statements and tax records in a clear Staples tote with a blue lid |
| S2-O-005 | 2005 Income tax records in clear tote with clear top |
| S2-O-006 | 2006 Income tax records in clear tote with blue top |
| S2-O-008 | 2009 various financial records for K. Hoover and J. Tomasic |
| S2-O-009 | 2008 various financial documents |
| S2-O-010 | 2004 various financial documents |
| S2-P-002 | Great American Title and Mortgatge Co paperwork |

KATHERINE A. HOOVER MD
c/o Dr. Norman Gay
N-3222 West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas
242-525-4018

May 1, 2011
AUSA Betty Pullin
300 Virginia St. East
Suite 4000
Charleston, West Virginia 25301
fax: 304-347-5104
Dear AUSA Pullin:

Re: Case No. 11-cv-0101

I am glad that you have admitted that the United States has no right to the $27,671.50 that the FBI seized from our WesBanco savings account ending in 3002. You clearly do not need an Order to return our money to us. The records that you had access to for the entire investigation beginning in 2005 clearly documented that the federal government had no jurisdiction over that money. The NDWV returned most of the property seized without a court Order. The receipt of that property and subsequent review of some of it by my husband, John F. Tomasic, merely documented that you had access to the entire bank account records long before the in rem was filed Case No. 11-cv-0101. I am requesting that you fedex a certified check with interest to the above address.

I request that you fedex a copy of the affidavit filed by James Lafferty to obtain the original search and seizure warrants; I presume that it is similar to the affidavit filed by Michael Smith in the NDWV. With careful review, I am sure that you will determine that the information given could not justify the search and seizure of any property much less a busy medical practice that gave excellent care to many patients. Please review the case law, federal law, the US Constitution and the treaties for your own edification and to demonstrate that we are correct in our pleadings. You represent the United States of America not Booth Goodwin. You owe it to yourself and to our country to be honest and admit the truth.

Thank you in advance.

Sincerely,

*Katherine A. Hoover MD*

Katherine A. Hoover MD

8754705361749
8754705361749

Extremely Urgent

FedEx Express

**FedEx International Air Waybill**
Express

**1 From**
Date 5/19/11
Sender's FedEx Account Number
Sender's Name: Katherine Hoov
Phone
Company: c/o Dr. Norman Gay
Address: A-3222 W Bay Med Clinic
Address: West Bay St
City: Nassau
State/Province: N.P.
Country: Bahamas
ZIP Postal Code:

**2 To**
Recipient's Name: Ms. Teresa Deppner Phone 304-345-3000
Company: Clerk USDC SDWV
Address: 300 Virginia St.
Dept/Floor:
Address: Suite 2200
City: Charleston
State/Province: WV
Country: US
ZIP Postal Code: 25301
Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**
Total Packages: 1
Total Weight: 0.5 lbs
DIM L / W / H in. cm
Commodity Description: Doc
Harmonized Code
Country of Manufacture
Value for Customs

Has EEI been filed in AES?
No EEI required, enter exemption number:
Yes – Enter AES proof of filing citation:
No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
Total Declared Value for Carriage
If other than NLR, enter License Exception:
Total Value for Customs (Specify Currency)

PACKAGE LABEL
COMMERCIAL INVOICE LABEL
DELIVERY RECORD LABEL
DELIVERY REATTEMPT LABEL

489656 MIAX 05/19 50AG1/1577/1BC2
Emp# 460790 19MAY11 NASA 50CC1/1577/1BC

TRK# 0402 8754 7053 6149
XH CRWA
INTL PRIORITY CLR
25301
ISR CLR
WV-US HTS
01 I-US
A2 TY